ROCCO COMMISSO, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant, Respondent, and QUEENS COUNTY SAVINGS BANK, Appellant.— Motion

for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Taylor and Close, JJ.; Carswell, J., not voting.